**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:  In the Interest of D.E.A. a/k/a D.S. and D.W.A. a/k/a D.S., Children

Appellate case number:  01-22-00851-CV

Trial court case number:  2020-00244J

Trial court:     315th District Court of Harris County

Appellant, father, filed a notice of appeal from the trial court's October 28, 2022 Decree for Termination in this suit affecting the parent-child relationship. Appellant filed a motion to dismiss the appeal on December 19, 2022. On January 3, 2023, the Court issued an opinion granting appellant's motion and dismissing the appeal.

Appellee, the Department of Family and Protective Services, has filed an "Unopposed Motion for Accelerated Issuance of Mandate," requesting that we order the issuance of the mandate in this appeal as soon as possible. Generally, the mandate issues "[t]en days after the time has expired for filing a motion to extend time to file a petition for review or a petition for discretionary review," or "[t]en days after the time has expired for filing a motion to extend time to file a motion for rehearing of a denial, refusal, or dismissal of a petition for review, or refusal or dismissal of a petition for discretionary review, if not timely filed motion for rehearing or motion to extend time is pending." *See* TEX. R. APP. P. 18.1(a)(1)-(2). However, "[t]he mandate may be issued earlier if the parties agree, or for good cause on the motion of a party." *See* TEX. R. APP. P. 18.1(c).

In its motion, the Department stated that there "is good cause for this [C]ourt to issue a mandate on an accelerated basis, because the appellant has stated he does not desire to pursue review in this appeal," and further, "it is in the best interest of the children to promptly secure permanency through a planned adoption proceeding dependent on the judgment of this appeal." Additionally, the Department stated that appellant "is unopposed" to the accelerated issuance of the mandate in this appeal. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(c)(2).

We conclude that appellant has established good cause to expedite the issuance of the mandate in this appeal. *See* TEX. R. APP. P. 18.1(c). Accordingly, the Department's

motion is **granted**, and the Clerk of this Court is directed to immediately issue the mandate in this appeal.

It is so ORDERED.

Judge's signature: ___/s/ April Farris_____
                     ☑ Acting individually    ☐ Acting for the Court

Date: _January 19, 2023_____